**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RAY AND LYNNE PERNSTEINER,
**Individually and as Personal Representatives of the Estate of Julia Pernsteiner, deceased,**

    Plaintiffs,

v.

CASE NO.

JACKSONVILLE UNIVERSITY, a Florida Corporation, and
RONALD E. GRIGG, JR.,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, JACKSONVILLE UNIVERSITY ("JU") and RONALD E. GRIGG, JR. ("Grigg") (JU and Grigg collectively referred to herein as "Defendants"), by and through undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure, Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, and Title 28 of the United States Code §§1331, 1441 and 1446, hereby request that the Court remove this action from the Fourth Judicial Circuit, in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division, based on federal question jurisdiction. The grounds for removal of this civil action are set forth below.

1. Plaintiffs, Ray and Lynne Pernsteiner, individually and as Personal Representatives of the Estate of Julia Pernsteiner, deceased ("Plaintiffs"), brought this action on or about February 3, 2023, in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, under the name and style, *Ray and Lynne Pernsteiner v. Jacksonville University and Ronald E. Grigg, Jr.,* Case No. 16-2023-CA-000719-XXXX-MA (the "Circuit Court Case"). Copies of all process, pleadings, and other papers on file in the Circuit Court Case are attached hereto as **Composite Exhibit "A"** as required by 28 U.S.C. § 1446(a) and Local Rule 1.06 of the U.S. District Court for the Middle District of Florida.

2. Plaintiffs are residents of Eagan, Minnesota. *See* **Comp. Ex. "A," Am. Compl. at ¶2**.

3. JU is a Florida Corporation. *See* **Comp. Ex. "A," Am. Compl. at ¶3**.

4. Grigg is a Florida resident. *See* **Comp. Ex. "A," Am. Compl. at ¶7**.

5. Defendants acknowledged receipt of a copy of the Complaint and Demand for Jury Trial on February 9, 2023, thereby waiving formal service of process. *See* **Comp. Ex. "A," Acceptance and Waiver of Service of Process.**

6. In the Amended Complaint, Plaintiffs allege violations of Florida Wrongful Death Statute § 768.16 et seq., Florida Survival Action Statute § 46.021, Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. ("ADA"), Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a) et seq. ("RA"), Title IX of the Education Amendment of 1972 ("Title IX"), Florida law regarding respondeat

superior liability, Florida law regarding breach of contract, and Florida law regarding intentional infliction of emotional distress. *See* **Comp. Ex. "A," Am. Compl. at ¶¶1, 79-86.**

7. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the judicial district in which Plaintiffs filed the Complaint. Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

8. Federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiffs' Complaint contains claims arising under federal law, including federal statutes: Title IX, RA, and the ADA. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiffs' state law claims, including claims alleged under the Florida Wrongful Death Statute § 768.16 et seq., Florida Survival Action Statute § 46.021, Florida law regarding respondeat superior liability, Florida law regarding breach of contract, and Florida law regarding intentional infliction of emotional distress.

9. This Notice of and Petition for Removal has been timely filed within 30 days of the date of service of the Complaint. *See* 28 U.S.C. § 1446(b)(1).

10. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly provide written notice of the removal to Plaintiffs and will file a copy of this Notice of and Petition for Removal in the Fourth Judicial Circuit, in and for Duval County, Florida.

**WHEREFORE**, Defendants, JACKSONVILLE UNIVERSITY and RONALD E. GRIGG, JR., respectfully request that the United States District Court for the Middle District of Florida, Duval Division, accept the removal of this action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval, Florida, and direct that the Circuit Court have no further jurisdiction over this action unless, and until, this case is remanded.

DATED this 3rd day of March, 2023.

Respectfully submitted,

JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656

/s/ B. Tyler White
B. Tyler White
Florida Bar No. 0038213
tyler.white@jacksonlewis.com
Todd R. Dobry
Florida Bar No. 109081
todd.dobry@jacksonlewis.com
and
GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.
111 N Orange Ave, Ste 2000
Orlando, FL 32801-2327
Jeffrey Scott Weiss
Florida Bar No. 750565
jweiss@orlandolaw.net
dsambol@orlandolaw.net
Erin J. O'Leary
Florida Bar No. 1510
eoleary@orlandolaw.net

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2023, a true and correct copy of the foregoing has been filed with the Court by using the CM/ECF system and a copy will also be sent via e-mail to:

>Robert F. Spohrer, Esquire
>Spohrer & Dodd
>76 S. Laura Street, Suite 1701
>Jacksonville, FL  32202
>Telephone:  (904) 309-6500
>Email:  rspohrer@sdlitigation.com
>            jheape@sdlitigation.com
>            eservice@sdlitigation.com

>*Attorneys for Plaintiffs*

>>>>>/s/ B. Tyler White
>>>>>Attorney

4891-4400-2385, v. 2