UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAY PERNSTEINER, as personal
representatives of the estate of
Julia Pernsteiner and LYNNE
PERNSTEINER, as personal
representative of the estate of Julia
Pernsteiner,

    Plaintiffs,

v.                              Case No. 3:23-cv-246-BJD-MCR

JACKSONVILLE UNIVERSITY, a
Florida corporation and RONALD
E. GRIGG, JR.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

On April 26, 2023, the Court entered an Order (Doc. 21) granting the Second Joint Motion for Extension of Time to File the Joint Case Management Report (Doc. 20). In the Order, the parties were given a deadline of May 10, 2023, to file their joint case management report. To date, the parties have failed to file their joint case management report. Accordingly, parties are directed to show cause by a written response filed on or before **August 8, 2023**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.02. The

parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 31st day of July, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record