**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RAY AND LYNNE PERNSTEINER, individually and as Personal Representatives of the Estate of Julia Pernsteiner, deceased,

    Plaintiffs,

vs.                            CASE NO.: 3:23-cv-00246-BJD-MCR

JACKSONVILLE UNIVERSITY, a Florida Corporation, and RONALD E. GRIGG, JR.,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

Please take notice that the parties have reached a settlement in this case which is currently et for the trial term that begins on May 5, 2025. An appropriate dismissal will be filed upon completion of the necessary settlement documentation.

Dated this 6th day of August, 2024.

| | |
|---|---|
| John S. Mills, Esquire<br>Florida Bar No.: 107719<br>Bishop & Mills, PLLC<br>510 North Julia Street<br>Jacksonville, FL  32202<br>Telephone:  (904) 598-0334<br>Email:  jmills@bishopmills.com | SPOHRER & DODD, P.L.<br><br> */s/ David H. Margol*<br>Robert F. Spohrer, Esquire<br>Florida Bar No.: 184500<br>David H. Margol, Esquire<br>Florida Bar No.:  091835<br>76 S. Laura Street, Suite 1701<br>Jacksonville, FL  32202<br>Telephone: (904) 309-6500<br>Facsimile: (904) 309-6501<br>Email:  rspohrer@sdlitigation.com<br>            dmargol@sdlitigation.com<br>            jheape@sdlitigation.com<br>            eService@sdlitigation.com<br>*Attorney for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing this 6th day of August, 2024 to:

| | |
|---|---|
| B. Tyler White, Esquire<br>Todd R. Dobry, Esquire<br>JACKSON LEWIS, P.C.<br>501 Riverside Avenue, Suite 902<br>Jacksonville, FL  32202<br>Telephone:  (904) 638-2655<br>Facsimile:  (904) 638-2656<br>tyler.white@jacksonlewis.com<br>todd.dobry@jacksonlewis.com<br>*Attorney for the Defendant, Jacksonville University* | Jeffrey Scott Weiss, Esquire<br>Erin J. O'Leary, Esquire<br>GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.<br>111 N. Orange Avenue, Suite 2000<br>Orlando, FL  32801-2327<br>Telephone:  (407) 425-9566<br>Facsimile:  (407) 425-9596<br>jweiss@orlandolaw.net<br>eoleary@orlandolaw.net<br>dsambol@orlandolaw.net<br>*Attorney for the Defendants* |

Kirsten Doolittle, Esquire
Law Office of Kirsten Doolittle
208 N. Laura Street, Suite 700
Jacksonville, FL  32202
Telephone: (904) 551-7775
kd@kdlawoffice.com
gm@kdlawoffice.com
*Attorney for Defendant, Ronald E. Grigg, Jr.*

                                               */s/ Robert F. Spohrer*
                                                   Attorney