UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

3:23-cv-00246-BJD-MCR

RAY AND LYNNE PERNSTEINER,
Individually and as Personal
Representatives of the Estate of Julia
Pernsteiner, deceased,

**PLAINTIFF(S)**
V.

JACKSONVILLE UNIVERSITY, a
Florida Corporation, and RONALD E.
GRIGG, JR.,

**DEFENDANT(S)**
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on 8/2/2024. The conference resulted in the following:

  X   The parties reached an agreement.
____ The parties did not reach an agreement.
____ The conference has been adjourned.
____ Other

Dated 8/2/2024

Respectfully submitted,
**Don Myers, Mediator**
Mediator # **40110 R**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698