UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAY and LYNNE PERNSTEINER,
Individually and as Personal
Representatives of the Estate of
Julia Pernsteiner, deceased,

      Plaintiffs,

v.

      Case No.: 3:23-cv-246-BJD-MCR

JACKSONVILLE UNIVERSITY,
a Florida corporation and RONALD
E. GRIGG, JR.,

      Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 82; Notice) filed on August 6, 2024. In the Notice, the parties advise the Court that this case has been resolved. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for April 23, 2025, is **CANCELLED** and this case is **REMOVED** from the May 5, 2025 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and **ADMINISTRATIVELY CLOSE** this case pending further Order of the Court.

3. The parties shall have until **October 7, 2024**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **October 7, 2024** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of August, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*