**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RAY AND LYNNE PERNSTEINER, individually and as Personal Representatives for the Estate of Julia Pernsteiner, deceased,

      Plaintiffs,

vs.                                                                  CASE NO.: 3:23-cv-00246-BJD-MCR

JACKSONVILLE UNIVERSITY, a Florida Corporation, and RONALD E. GRIGG, JR.,

      Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendants, JACKSONVILLE UNIVERSITY and RONALD E. GRIGG, JR., and Plaintiffs, RAY and LYNNE PERNSTEINER, individually and as Personal Representatives for the Estate of Julia Pernsteiner, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his, her, or its own costs.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| | |
|---|---|
| **JACKSON LEWIS, P.C.** | **SPOHRER & DODD, P.L.** |

*B. Tyler White*                                *Robert F. Spohrer*
B. Tyler White, Esquire                         Robert F. Spohrer, Esquire
Florida Bar No.: 0038213                        Florida Bar No.: 184500
Todd R. Dobry, Esquire                          76 S. Laura Street, Suite 1701
Florida Bar No.: 109081                         Jacksonville, FL 32202
501 Riverside Avenue, Suite 902                 Telephone: (904) 309-6500
Jacksonville, FL 32202                          Facsimile: (904) 309-6501
Telephone: (904) 638-2655                       Emails: rspohrer@sdlitigation.com
Facsimile: (904) 638-2656                        jheape@sdlitigation.com
Emails: tyler.white@jacksonlewis.com             eService@sdlitigation.com
todd.dobry@jacksonlewis.com                     *Attorney for Plaintiffs*
*Attorney for the Defendants*

and                                             and

**GARGANESE, WEISS, D'AGRESTA**                 **BISHOP & MILLS, PLLC**
**& SALZMAN, P.A**

*Jeffrey S. Weiss*                              *John S. Mills*
Jeffrey Scott Weiss, Esquire                    John S. Mills, Esquire
Florida Bar No.: 750565                         Florida Bar No.: 107719
Erin J. O'Leary, Esquire                        510 North Julia Street
Florida Bar No: 1510                            Jacksonville, FL 32202
111 N. Orange Avenue, Suite 2000                Telephone: (904) 598-0334
Orlando, FL 32801-2327                          Email: jmills@bishopmills.com
Telephone: (407) 425-9566                       *Attorney for Plaintiffs*
Facsimile: (407) 425-9596
Emails: jweiss@orlandolaw.net
         eoleary@orlandolaw.net
         dsambol@orlandolaw.net
*Attorney for the Defendants*

and

2

**THE LAW OFFICE OF KIRSTEN DOOLITTLE, P.A.,**

*Kirsten Doolittle*
Kirsten Doolittle, Esquire,
208 North Laura Street, Suite 700,
Jacksonville, Florida 32202,
kd@kdlawoffice.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing this 18th day of September, 2024 to all parties.

        **GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
        111 North Orange Avenue, Suite 2000
        Post Office Box 2873
        Telephone: 407/425-9566
        Facsimile: 407/425-9596

By:   */s/ Jeffrey S. Weiss*
       **JEFFREY S. WEISS, ESQ., B.C.S.**
       Florida Bar No.: 750565
       jweiss@orlandolaw.net
       dguzman@orlandolaw.net
       dsambol@orlandolaw.net