UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAY and LYNNE PERNSTEINER,
Individually and as Personal
Representatives of the Estate of
Julia Pernsteiner, deceased,

    Plaintiffs,

v.

    Case No.: 3:23-cv-246-BJD-MCR

JACKSONVILLE UNIVERSITY,
a Florida corporation and RONALD
E. GRIGG, JR.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 86; Stipulation) filed on September 18, 2024. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of September, 2024.

                                                                            BRIAN J. DAVIS
                                                                            United States District Judge

*Copies to:*

Counsel of Record

*ap*